10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday October 20, 2003

3:30 p.m.

CASE NO.   3-02-cv-243 Rexach v University of Conn
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Reine C. Boyer | Law Offices of Reine C. Boyer, 111 Prospect Street Suite 400, Stamford, CT 203-967-4422 |
| Paul S. McCarthy | Attorney General's Office, 605 Gilbert Rd., U-177, Storrs, CT 860-486-4241 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK


STATUS CONFERENCE HELD

DATE: 10/20/03

3:35 - 3:45 pm