50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT            FILED

EDWIN REXACH                          :                    Oct 20   5 27 PH '03

                    Plaintiff,         :          NO. 3:02cv243 (MRK) DISTRICT COURT
                                                                    NEW HAVEN, CONN

v.                                     :

UNIVERSITY OF CONNECTICUT             :

                    Defendants.        :

## SCHEDULING ORDER

The parties having conferred telephonically with the Court on October 19, 2003 in the above-captioned matter, the following scheduling is ordered:

1.    The plaintiff shall file a supplemental 9(c) statement in accordance with Rule 56 by October 31, 2003;

2.    The defendant shall file its response to the plaintiff's supplemental 9(c) statement and the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [doc. #24] by November 14, 2003.

Upon receipt of the foregoing, the motion for summary judgment will be considered on the papers, as both parties have declined oral arguments.

IT IS SO ORDERED

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 19, 2003