UNITED STATES DISTRICT COUR
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN REXACH | : | CIVIL ACTION NO: |
| Plaintiff | : | 3: 02CV243(RNC) MRK |
| UNIVERSITY OF CONNECTICUT, DEPARTMENT OF DINING SERVICES | : | OCTOBER 31, 2003 |
| Defendant | | |

### PLAINTIFF'S SUPPLEMENTAL LOCAL RULE 9C2 STATEMENT

Plaintiff submits herein, under Section I and II, his supplemental response to previously filed Local Rule 9(c)2 statement dated August 1, 2003.

1. Admitted.

2. Admitted

3. Admitted

4. Denied. The plaintiff does not have sufficient knowledge or information to form a belief as to paragraph 4, and therefore leaves the defendant to its proof.

5. Admitted.

6. Admitted.

7. Denied. Plaintiff has acknowledged receipt of one writing dated April 2, 1998. Plaintiff does not acknowledge receipt of the other documentations mentioned in defendants' statement. (Plaintiff's Summary Judgment Opposition Memo at 9, Synott Aff. at ¶ 7, Defendant's Exh. A; Weller Aff. at ¶ 7, Defendant's Exh A.).

8. Denied. All employees were not placed on leave. Specifically, the Latino food service workers and a receptionist were placed on leave. No white directors or student workers were placed on leave. (Complaint at ¶ 25. Plaintiff's Exh. 6, Plaintiff Aff. ¶16, ¶17)

9. Denied. Plaintiff took out a legal loan and acknowledged receipt of those proceeds. However, plaintiff does not have sufficient knowledge or information to form a belief as to this paragraph 9 concerning the investigation and audit. (Plaintiff Aff. ¶18, Plaintiff's Exh. 4)

10. Denied. Plaintiff has worked hours to repay the legal loans. (Def. Exh. C)

11. Denied. Plaintiff received a letter from Gerald Weller, stating that "[he] was being terminated based on findings of an investigation gathered from interviews and looking into past history."(Complaint at ¶ 21).

12. Denied. Plaintiff does not have sufficient knowledge or information to form belief as to this paragraph 12.

13. Denied. Plaintiff does not have sufficient knowledge or information to form belief as to this paragraph 13.

14. Denied. Plaintiff does not have sufficient knowledge or information to form belief as to this paragraph 14.

II. **PLAINTIFF'S STATEMENT OF FACTS IN DISPUTE**

1. Defendant promoted Plaintiff to acting floor supervisor in November 1999. (Complaint at ¶9)

2. Defendant has never issued plaintiff a warning for deficient work performance. (Complaint at ¶23)

3. Defendant discriminated against similarly situated Latino food service workers by summarily terminating their employment following University investigation. (Complaint at ¶24, ¶25).

4. Defendant's reasoning of poor work performance and attendance for discharging plaintiff and other similarly situated Latino food service workers is a pretext. (Plaintiff Opposition Memo at 10-11).

5. Defendant did not discharge other white food service employees citing attendance and poor work performance. (Plaintiff Exh. 6)

6. Defendant only discharged one white food service employee after he was arrested and charged with illegal drug possession. (Plaintiff Exh. 6)

7. Defendant' agent, Stephen Gally engaged in discriminatory treatment of plaintiff and other Latino employees. (Complaint at ¶16).

8. Despite Plaintiff notifying management, defendant did not acknowledge or utilize corrective measures to remedy the discriminatory treatment. ((Complaint at ¶17, ¶18, ¶19, and ¶20).

THE PLAINTIF,
Edwin Rexach

By _Reine C. Boyer_
Reine C. Boyer
111 Prospect Street, Suite 400
Stamford, CT 06901
(203) 967-4422 Tel.
(203) 967-8822 Fax
Fed. Bar No. 18803

3