UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN REXACH<br>　　　　PLAINTIFF, | CIVIL ACTION NO.<br>302CV243 (MRK) |
| v. | |
| UNIVERSITY OF CONNECTICUT,<br>　DEPARTMENT OF DINING SERVICES<br>　　　　DEFENDANT. | November 6, 2003 |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Defendant University of Connecticut Department of Dining Services, through its attorney, hereby requests a modification of the Scheduling Order of October 19, 2003. Pursuant to said Order, Plaintiff was to file a Supplemental 9(c) Statement by October 31, 2003, and Defendant was to respond to Plaintiff's Supplemental 9(c) Statement and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment by November 14, 2003. On November 6, 2003, Defendant received Plaintiff's Supplemental Local Rule 9C2 Statement dated October 31, 2003. Accordingly, Defendant has only 9 days instead of 15 days to respond to the Statement. Defendant respectfully requests that paragraph 2 of the Scheduling Order be modified to extend the response date from November 14 to November 21, 2003.

Defendant's counsel has consulted with Plaintiff's counsel who has no objection to this request. This is Defendant's first such request for a modification of the scheduling order.

FOR THE DEFENDANT:

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
PAUL S. McCARTHY
Assistant Attorney General
University of Connecticut
605 Gilbert Road, Unit 1177
Storrs, CT  06269-1177
Tel. No. (860) 486-4241
Federal Bar No. ct. 14793
E-mail: paul.mccarthy@uconn.edu

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 6th day of November 2003, to counsel of record, as follows:

Reine Boyer, Esq.
Law Offices of Reine C. Boyer, LLC
71 East Avenue, Suite H
Norwalk, CT  06851

_____
PAUL S. McCARTHY
Assistant Attorney General

2