## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN REXACH | : | |
| | : | |
| Plaintiff, | : | NO. 3:02cv243 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Defendant's Motion For Modification Of Scheduling Ordered (Doc. #33), dated November 6, 2003, is hereby GRANTED nunc pro tunc.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 25, 2003