## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN REXACH, | : | CIVIL NO. 3:02CV0243(MRK) |
| *Plaintiff* | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, DEPARTMENT OF DINING SERVICES, | : | |
| *Defendant* | : | October 4, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant in the above-referenced matter.

Dated at Hartford, Connecticut this 4th day of October, 2004..

                                      DEFENDANT
                                      UNIVERSITY OF CONNECTICUT,
                                      DEPARTMENT OF DINING SERVICES

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

By: _____
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        Federal Bar No. ct21487
        Email:  Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th day of October, 2004, to the following:

Reine C. Boyer, Esq.
Law Offices of Reine C. Boyer
111 Prospect Street, Suite 400
Stamford, CT  06901
Tel.: (203) 967-4422

_____
Joseph A. Jordano
Assistant Attorney General