**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EDWIN REXACH, | : | CIVIL NO. 3:02CV0243(MRK) |
| *Plaintiff* | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | | |
| DEPARTMENT OF DINING SERVICES, | : | |
| *Defendant* | : | December 1, 2004 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant in the above-referenced matter **in addition to** the appearance of Joseph A. Jordano, Assistant Attorney General, already on file.

Dated at Hartford, Connecticut this 1st day of December, 2004.

        DEFENDANT
        UNIVERSITY OF CONNECTICUT,
        DEPARTMENT OF DINING SERVICES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Nancy A. Brouillet
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Federal Bar No. ct03138
     Email:  Nancy.Brouillet@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of December, 2004, to the following:

Reine C. Boyer, Esq.
Law Offices of Reine C. Boyer
111 Prospect Street, Suite 400
Stamford, CT  06901
Tel.: (203) 967-4422

and Interoffice mail to:

Joseph A. Jordano
Assistant Attorney General
Employment Rights Dept.
(860) 808-5340

_____
Nancy A. Brouillet
Assistant Attorney General