UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN REXACH           : | CIVIL NO. 3:02CV0243(MRK) |
| *Plaintiff,*                  : | |
|                                    : | |
| V.                             : | |
|                                    : | |
| UNIVERSITY OF CONNECTICUT  : | |
| *Defendant.*             : | DECEMBER 7, 2004 |

**Plaintiff's Proposed Jury Instructions**

1.    Lawyer's Objections and Rulings

It is the duty of the attorney on each side of a case to object when the other side offers testimony or other evidence that the attorney believes is not properly admissible. Counsel also have the right and duty to ask the court to make rulings of law and to request conferences at the side bar out of the hearing of the jury. All those questions of law must be decided by the court. You should not show any prejudice against the attorney or his client because the attorney objected to the admissibility of evidence, or asked for a conference out of the hearing of the jury or asked the court for a ruling on the law.

2.    Duties of the jury

It is your duty to find the facts from all the evidence in the case. To the facts as you find them, you must apply the law as I give it to you. You must follow the law as I give it to you, whether you agree with it or not.

3.  Burden of Proof

As I said before, plaintiff must prove his case by a preponderance of the evidence. This rule does not require proof to an absolute certainty. Proof to an absolute certainty is seldom possible in any case. This rule does not even require proof "beyond a reasonable doubt," the rule in criminal cases. In a civil case, such as this, you must weigh the evidence in support of a particular claim against the evidence opposed to it and consider which evidence is more convincing. To prove a fact by a preponderance of the evidence means to prove that the fact is more likely true than not true.

To determine whether the plaintiff has proven his claim by a preponderance of the evidence, ask yourselves how all the credible evidence would balance if you placed it on an imaginary pair of scales. If you find that all the credible evidence presented by both sides on the plaintiff's discrimination claim cause the scales to strike a balance or tip in favor of the defendant, then the plaintiff will have failed to meet his burden of proof and you will have to return a verdict for the defendant. On the other hand, if you find that the credible evidence causes the scales to tip in favor of the plaintiff, then he will have met his burden of proof.